**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-09-bk-31844-CGC |
| LAW, CAROL A., | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 11/04/10 | Carol A. Law<br>1250 W. Grove Pkwy, Apt #2037<br>Tempe, AZ 85283-4452 | $124.70 |

Dated this 1st day of March, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee